AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

*JUN - 7 2007*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— OFFENSE CHARGED —
SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
PENALTIES: For each count, 20 yrs. imprisonment; 3 yrs. supervised release, $250,000 fine and $100 special assessment

— DEFENDANT - U.S. —

▶ SHERRIE DENISE SAMPSON ,

DISTRICT COURT NUMBER

**CR07-00365 DLJ**

— PROCEEDING —
**Name of Complaintant Agency, or Person (&Title, if any)**
UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** DEBORAH R. DOUGLAS, AUSA

— DEFENDANT —
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —
PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

*ATTACHMENT "A"*
*TO PENALTY SHEET FOR SHEREE DENISE SAMPSON*

## *VIOLATIONS:*

Count 1:  18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency];
Count 2:  18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency];
Count 3:  18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

E-filing

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

FILED JUN -7 2007 [stamp]

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

For each count, 20 yrs. imprisonment; 3 yrs. supervised release, $250,000 fine and $100 special assessment

--- DEFENDANT - U.S. ---

▶ DAMIEN WADE DENDY, (a/k/a "China," a/k/a "China Man"),

DISTRICT COURT NUMBER

CR07-00365 DLJ

--- DEFENDANT ---

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons ▶ was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Has detainer been filed?   ☐ Yes   } If "Yes" give date filed
☐ No

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DEBORAH R. DOUGLAS, AUSA

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____

Before Judge: _____

Comments: _____

### ATTACHMENT "A"
### TO PENALTY SHEET FOR DAMIEN WADE DENDY

## VIOLATIONS:

Count 1:  18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency];
Count 2:  18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency];
Count 3:  18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

**E·Filing**

---

### UNITED STATES OF AMERICA,

### V.

SHERRIE DENISE SAMPSON and DAMIEN WADE DENDY,
(a/k/a "China," a/k/a "China Man"),

## CR07-00365

### DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 371 [Conspiracy to Deal in
Counterfeit/Altered Currency]; 18 U.S.C. § 472
[Possession/Passing of Counterfeit/Altered
Currency];18 U.S.C. § 473 [Dealing in Counterfeit/
Altered Currency]

---

A true bill.

_____
Foreman

Filed in open court this _7th_ day of
_June, 2007_

_____
Clerk

Bail $ _No bail arrest warrants - both def_
_6-7-07_

1 | SCOTT N. SCHOOLS (SCBN 9990)    **E-filing**
United States Attorney

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,              )    Criminal No. CR 07-00365

12 |         Plaintiff,                       )
   |                                      )    VIOLATIONS: 18 U.S.C. § 371 [Conspiracy to

13 |         v.                              )    Deal in Counterfeit/Altered Currency]; 18
   |                                      )    U.S.C. § 472 [Possession/Passing of

14 | SHERRIE DENISE SAMPSON and             )    Counterfeit/Altered Currency];18 U.S.C. § 473
   | DAMIEN WADE DENDY                      )    [Dealing in Counterfeit/Altered Currency]

15 | (a/k/a "China," a/k/a "China Man"),    )
   |                                      )    OAKLAND VENUE

16 |         Defendants.                     )
   |                                      )

17

18 | ### INDICTMENT

19 | The Grand Jury charges:

20 | COUNT ONE: 18 U.S.C. § 371 [Conspiracy to Deal in Counterfeit/Altered Currency]

21 |     1.  Beginning at a time unknown, and continuing until at least October 27, 2004, in the

22 | Northern District of California, the defendants,

23 |                SHERRIE DENISE SAMPSON

24 |                and DAMIEN WADE DENDY,

25 | did knowingly combine, conspire, and agree with each other, and with others known and unknown

26 | to the grand jury, to buy, sell, exchange, transfer, receive, and deliver false, forged, counterfeited,

27 | and altered obligations of the United States, specifically, United States Federal Reserve Notes in the

28

INDICTMENT

1 │ approximate face amount of at least $3,000.00, with the intent that the same be passed, published,

2 │ and used as true and genuine.

### A. METHODS AND MEANS

4 │ 2. In furtherance of the conspiracy, and to achieve its objectives, the defendants employed

5 │ the following methods and means, among others, in the Northern District of California:

6 │ 3. Beginning at a time unknown, and continuing until at least October 27, 2004, defendant

7 │ Damien Wade Dendy ("Dendy") supplied defendant Sherrie Denise Sampson ("Sampson") with

8 │ false, forged, counterfeited, and altered obligations of the United States, specifically, United States

9 │ Federal Reserve Notes ("counterfeit/altered notes"), in exchange for genuine U.S. currency.

10 │ 4. After Sampson notified Dendy of the amount of counterfeit/altered notes that she sought

11 │ to purchase in exchange for genuine U.S. currency, Dendy obtained the counterfeit/altered notes.

12 │ At a specified meeting location, Sampson gave Dendy the agreed upon genuine U.S. currency and

13 │ Dendy, in turn, provided Sampson with the agreed upon counterfeit/altered notes.

14 │ 5. Sampson would then pass, publish, and use the purchased counterfeit/altered notes as true

15 │ and genuine U.S. currency.

### B. OVERT ACTS

17 │ 6. In furtherance of the conspiracy and to achieve the objects thereof, the defendants

18 │ performed the following overt acts, among others, in the Northern District of California:

19 │ 7. Defendant Sherrie Denise Sampson telephonically contacted defendant Damien Wade

20 │ Dendy, and vice versa, and they agreed to the amount of counterfeit/altered notes that Sampson

21 │ would purchase from Dendy in exchange for genuine U.S. currency.

22 │ 8. Defendant Damien Wade Dendy met defendant Sherrie Denise Sampson at specified

23 │ locations within the Northern District of California to obtain the agreed upon genuine U.S. currency

24 │ from Sampson.

25 │ 9. Defendant Damien Wade Dendy met with defendant Sherrie Denise Sampson again at

26 │ a specified time and location within the Northern District of California and provided Sampson with

27 │ the counterfeit/altered notes.

28 │

INDICTMENT                                    2

1    10. Defendant Sherrie Denise Sampson then passed, published, and used the purchased

2    counterfeit/altered notes as true and genuine U.S. currency, including on October 27, 2004 when she

3    passed $2,500.00 and $400.00 of counterfeit/altered notes, respectively, to two different employees

4    of America's Cash Express at two different locations within the Northern District of California.

5    All in violation of Title 18, United States Code, Sections 371 and 473.

6    COUNT TWO: 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency]

7    11. On or about October 27, 2004, in the Northern District of California, the defendant,

8    SHERRIE DENISE SAMPSON,

9    with intent to defraud, did knowingly possess and pass falsely made, forged, counterfeited, and

10   altered obligations of the United States, specifically, United States Federal Reserve Notes in the

11   approximate face amount of $2,500.00, in violation of Title 18, United States Code, Section 472.

12   COUNT THREE: 18 U.S.C. § 472 [Possession/Passing of Counterfeit/Altered Currency]

13   12. On or about October 27, 2004, in the Northern District of California, the defendant,

14   SHERRIE DENISE SAMPSON,

15   with intent to defraud, did knowingly possess and pass falsely made, forged, counterfeited, and

16   altered obligations of the United States, specifically, United States Federal Reserve Notes in the

17   approximate face amount of $400.00, in violation of Title 18, United States Code, Section 472.

18   COUNT FOUR: 18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

19   13. On or about October 27, 2004, in the Northern District of California, the defendant,

20   SHERRIE DENISE SAMPSON ,

21   did knowingly buy and receive false, forged, counterfeited, and altered obligations of the United

22   States, specifically, United States Federal Reserve Notes in the approximate face amount of

23   $3,000.00, with the intent that the same be passed, published, and used as true and genuine, in

24   violation of Title 18, United States Code, Section 473.

25

26

27

28

INDICTMENT                                3

1 COUNT FIVE: 18 U.S.C. § 473 [Dealing in Counterfeit/Altered Currency]

2    14. On or about February 13, 2006, in the Northern District of California, the defendant,

3            DAMIEN WADE DENDY,

4 did knowingly sell, exchange, transfer, and deliver false, forged, counterfeited, and altered

5 obligations of the United States, specifically, United States Federal Reserve Notes in the

6 approximate face amount of $1,800.00, with the intent that the same be passed, published, and used

7 as true and genuine, in violation of Title 18, United States Code, Section 473.

8

9 DATED: June 7, 2007                    A TRUE BILL.

10

11                                        FOREPERSON

12
   SCOTT N. SCHOOLS
13 United States Attorney

14

15 _____
   W. DOUGLAS SPRAGUE
16 Chief, Oakland Branch

17

18 (Approved as to form: _____ )
                         AUSA Deborah R. Douglas
19

20

21

22

23

24

25

26

27

28

INDICTMENT                              4