```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                     Criminal Pretrial Minute Order
                       JUDGE D. LOWELL JENSEN
                        Date: JULY 13, 2007
```

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                            **No.** CR-07-00365-DLJ

**Defendant:** Sherrie Denise Sampson [present, out of custody]
          Damien Wade Dendy [present, out of custody]


**Appearances for AUSA:** Deborah Douglas (at 9am calling of case)
                    Kim Briggs   (at 10am calling of case)

**Appearances for Defendant:** Joyce Leavitt (for John Paul Reichmuth)


**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                              **Ruling:**

Setting/stat                                         -Held at 9am
 Case recalled at 10am for Def Sampson.              -Held at 10am
**Notes:** Def Sampson did not appear at 9:00AM calling of case. Bench warrant as to Def Sampson non-appearance to be issued and HELD. Def Sampson appeared later and case was recalled at 10:00AM. Bench warrant for non-appearance WITHDRAWN.

**Case Continued to:** 8/17/07 at 9:00AM  for STATUS

**Case Continued to:**            for

**Case Continued to:**            for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                              for Pretrial Conference
**Case Continued to**             for                        Trial


**Excludable Delay: Category: Begins:** 7/13/07     **Ends:** 8/17/07