1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00365-DLJ |
| Plaintiff, ) | |
| ) | STIPULATION FOR CONTINUANCE |
| v. ) | AND EXCLUSION OF TIME UNDER |
| ) | THE SPEEDY TRIAL ACT, 18 U.S.C. |
| ) | § 3161 ET SEQ. |
| SHERRIE SAMPSON, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of August 17, 2007, scheduled at 9:00 a.m., before the Hon. D. Lowell Jensen, be vacated and reset for September 14, 2007 at 9:00 a.m.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this continuance are as follows: The parties need additional time to meet, confer, review, investigate, and exchange information. Defense counsel is still having substantive discussions with Ms. Sampson about the discovery. Ms. Sampson resides hours from

- 1 -

Oakland. Defense counsel will not be available for that process during the last two weeks in August. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: 8/14/07

_____/S/_____
DEBORAH DOUGLAS
Assistant United States Attorney

DATED: 8/14/07

_____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
Counsel for Defendant Sampson

- 2 -

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from August 17, 2007 until September 14, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review discovery and defense counsel's unavailability during the last two weeks in August, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from August 17 until September 14, 2007.

IT IS FURTHER ORDERED that the STATUS HEARING date of August 17, 2007, scheduled at 9:00 a.m., before the Hon. D. Lowell Jensen, be vacated and reset for September 14, 2007 at 9:00 a.m.

DATED: August 15, 2007

_____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE