# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 12, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge for the
Northern District of California
1301 Clay St.
Oakland, CA 94612

**Re:  United States v. Sherrie Sampson, CR 07-00365-DLJ**

Dear Judge Brazil:

    I write to respectfully request that this case be placed on the court's calendar on September 14, 2007 at 10:00 a.m. for arraignment on a superceding information. Ms. Sampson will then proceed to Judge Jensen's courtroom, where she intends to enter a change of plea and request immediate sentencing. Government counsel concurs in this request. Please do not hesitate to contact me for any reason.

Very truly yours,

BARRY J. PORTMAN
Federal Public Defender

/S/

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

cc: Deborah Douglas, AUSA
    Chambers of Hon. D. Lowell Jensen