AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

Violation: 18 U.S.C. § 491
[Unlawful Use of Paper as Money]

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment, 1 year supervised release, $100,000 fine, and $25.00 special assessment

--- DEFENDANT - U.S. ---

▶ Sherrie Denise Sampson

DISTRICT COURT NUMBER
CR07-00365 DLJ

FILED
SEP 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No   } If "Yes" give date filed

DATE OF ARREST ▶ 7/5/2007
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DEBORAH R. DOUGLAS, AUSA

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 SEP 12 A 11: 53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SHERRIE DENISE SAMPSON,　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>_____) | Criminal No. CR07-00365 DLJ<br><br>VIOLATION: 18 U.S.C. § 491<br>[Unlawful Use of Paper as Money]<br><br>OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On or about October 27, 2004, in the Northern District of California, the defendant,

SHERRIE DENISE SAMPSON,

a person 18 years of age or over, acting with intent to defraud and to procure something of value to which she was not otherwise entitled, did knowingly use and utter paper similar in size and shape

/

/

INFORMATION

1  to lawful U.S. Currency which in fact was not genuine U.S. currency, in violation of Title 18, United
2  States Code, Section 491.

4  DATED: SEPTEMBER 12, 2007        SCOTT N. SCHOOLS
5                                    United States Attorney

6                                    _____
7                                    W. DOUGLAS SPRAGUE
                                     Chief, Oakland Branch

9  (Approved as to form: _____)
10                       AUSA Deborah R. Douglas