11AM  11:55-12:15

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
SEP 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 9/14/07

Case No: CR -07-00365-DLJ          Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO           Clerk: Frances Stone

Defendant(s):                                         Defense Counsel:

SHERRIE DENISE SAMPSON  Present? Yes  In Custody? N    JOHN PAUL REICHMUTH

                        Present? __   In Custody? __   _____
                        Present? __   In Custody? __   _____
                        Present? __   In Custody? __   _____
                        Present? __   In Custody? __   _____
                        Present? __   In Custody? __   _____
                        Present? __   In Custody? __   _____

US Attorney:       Interpreter:            US Probation Officer:

Reason for Hearing:                        Ruling:

CHANGE OF PLEA                             - HELD
    GUILTY PLEA TO COUNT ONE OF THE INFORMATION
    PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
    ACCEPTED AND ENTERED.

Notes:

Case continued to: 10/6/07 AT 10:00A" for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
    Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial

Excludable Delay:  Category: __  Begins: __    Ends: __

CC: PROBATION