BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00365-DLJ |
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING CONDITIONS |
| v. | ) | OF PRETRIAL RELEASE |
| | ) | |
| | ) | |
| SHERRIE SAMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based upon the stipulation of the parties in open court, it is hereby ORDERED that the release conditions in this case be modified to permit the defendant to travel to Reno, Nevada on Thursday, September 20, 2007 for up to one week. The defendant shall provide all itinerary and contact information to the Pretrial Services Agency in advance of departure. All other release conditions shall remain in effect.

DATED: September 19, 2007

_____
HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE