E-Filing Case

**FILED**

SEP 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number         CR-07-00365-01-DLJ
Defendant's Name    SHERRIE DENISE SAMPSON
Defendant's Counsel John Paul Reichmuth
Due Date            10/26/07 AT 10AM
                    1   Courtroom           Floor 4th

---NOTICE TO DEFENSE COUNSEL---

The Court has directed that a:           ✓ CRIMINAL HISTORY ONLY
                              ~~XX~~     _____ Presentence Investigation
                              _____ Bail Investigation
                              _____ Bail Supervision
                              _____ Postsentence Investigation
                              _____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

                                        RICHARD W. WIEKING, CLERK

cc to Counsel ✓
cc to Probation ✓                        by: _Frances Stone_____
                                              Frances Stone , Deputy Clerk

                                        Dated:  9/14/07

**US PROBATION OFFICE**
Is defendant in custody?   Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____