UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | CASE NO. CR-07-00365-DLJ |
| Plaintiff(s), | ) | |
| | ) | |
| -V- | ) | |
| | ) | NOTICE |
| | ) | |
| Sherrie Denise Sampson | ) | |
| Defendant(s), | ) | |
| | ) | |
| | ) | |

_____

TO:

Deborah Douglas
US Attorney's Office
1301 Clay Street, Ste. 340S
Oakland, CA 94612

John Paul Reichmuth
Federal Public Defender's Office/Oakland
555-12th Street, Ste. 650
Oakland, CA   94607

Jessica Goldsberry
US Probation Office/Oakland
1301 Clay Street, Ste. 220
Oakland, CA 94612

YOU ARE HEREBY NOTIFIED THAT the Sentencing Hearing for Defendant

Sampson previously set for 10/26/07 at 10:00AM is VACATED per the Court's availability.

The Sentencing hearing will be held on **Friday, November 2, 2007 at 10:00AM** before

Judge Jensen in Dept. 1, 4th Floor, 1301 Clay Street, Oakland, California.


Dated: October 5 , 2007

By:_____*Frances Stone*_____

    Frances Stone
    Clerk to D. Lowell Jensen