10AM

10:15AM — 10:25AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
NOV 02 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 11/2/07

Case No: CR-07-00365-DLJ                Judge: D. Lowell Jensen

Reporter: STARR WILSON                  Clerk: Frances Stone

Defendant(s):                           Defense Counsel:

SHERRIE DENISE SIMPSON  Present? YES  In Custody? N   JOHN PAUL REICHMUTH

US Attorney: DEBORAH DOUGLAS            Interpreter:            US Probation Officer: JESSICA GOLDSBERRY

Reason for Hearing: SENTENCING          Ruling: — HELD

COUNT 1: DEF PLACED ON PROBATION 5 YEARS. DEF TO PAY RESTITUTION IN THE AMOUNT OF $2500.00 TO AMERICA'S CASH EXPRESS. A $25.00 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES RIGHT TO APPEAL.

Notes: (PER AFPD REICHMUTH RESTITUTION HAS BEEN PAID BY DEF - PROOF TO BE SHOWN TO PROBATION)