11/05/2007 06:26 PM EDT

Version 7.0

**Oakland**

Case Debt Type Payment Report
U.S. Courts

FILED
NOV - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN407CR000365 | | | | | | | | | |
| 001 | SHERRIE DENISE SAMPSON | 504100 | US V SHERRIE SAMPSON | | | | | | | |
| | | | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001443 | 0 | PR | 25.00 | 11/02/2007 |
| | | | | | | | Division Payment Total | | 25.00 | |
| | | | | | | | Grand Total | | 25.00 | |

$ 25.00   SPECIAL ASSESSMENT
         PAID IN FULL    on  11/2/07

Page 1 of 1